### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**BRENDAN CAMERON, et al.,**

    **Plaintiffs,**

**v.**                                        **Case No: 5:23-cv-305-JSM-PRL**

**STANDARD ROOFING SOLUTIONS
LLC, et al.,**

    **Defendants.**

_____

### ORDER

On June 13, 2024, the Court granted Defendants' motion to compel discovery responses from Plaintiffs and ordered Plaintiffs to pay to Defendants the reasonable attorney's fees and expenses incurred by counsel in preparing and filing the motion to compel. (Doc. 46). The Court directed Defendants to file an affidavit supporting the request for fees and expenses and permitted Plaintiffs to file a response in opposition ten days thereafter. As directed, Defendants filed the Affidavit of Sarah Coleman, Esq. (Doc. 47).  Plaintiffs have not filed a response, and their time for doing so has passed. Thus, the Court assumes they have no objection to the requested fees and expenses.

Accordingly, the only issue still open for consideration is the amount of the reasonable attorney's fees and expenses. Defendants seeks to recover attorney's fees in the amount of $855.50.  According to the Affidavit, Julie Frusciente, Esq., a partner with Hinshaw and Culbertson LLP, expended a total of 1.1 hours and seeks to recover an hourly rate of $265.00. In addition, Sarah Coleman, Esq., an associate with Hinshaw and Culbertson LLP, expended 2.4 hours of work and seeks to recover an hourly rate of $235.00.

As noted above, Plaintiffs have not raised any objection to the requested fees. Moreover, the Court is "an expert on the question [of attorney's fees] and may consider its own knowledge and experience concerning reasonable and proper fees and may form an independent judgment either with or without the aid of witnesses as to value." *Norman v. Housing Authority of the City of Montgomery*, 836 F.2d 1292, 1303 (11th Cir. 1988) (quoting *Campbell v. Green*, 112 F.2d 143, 144 (5th Cir. 1940)). Here, the Court agrees that the time spent and requested hourly rates are reasonable. Accordingly, Defendants are entitled to recover reasonable attorney's fees in the amount of $855.50.

Within **ten (10) days** of this Order, Plaintiffs shall remit to counsel for Defendants **$855.50** which represents the reasonable attorney's fees and expenses incurred as a result of Plaintiffs' failure to respond to discovery and the resulting motion to compel.

**DONE** and **ORDERED** in Ocala, Florida on July 9, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties